UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shannon T. Craig,                                          Civil 11-271 SRN/SER

    Plaintiff,

v.                                                                     **ORDER**

BlackHawk County Jail,

    Defendant.

___

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Steven E. Rau dated February 15, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, [Doc. 2] is DENIED; and

2. This action is DISMISSED pursuant to 28 U.S.C.§ 1915 (e)(2)(B)(ii).


DATED: March 3, 2011                    s/ Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge